# Exhibit "A"

STATE OF MICHIGAN
IN THE CIRCUIT COURT FOR THE COUNTY OF CALHOUN

TASHANNA EADY,

Plaintiff,

v.

WALMART SUPERCENTER
FACILTY 2080, a Foreign Limited Partnership,

Defendant.

Case No. 24- 1960 -NO

Hon. SARAH S. LINCOLN

THOMAS P. MURRAY, JR. (P43773)
THE SAM BERNSTEIN LAW FIRM, PLLC
Attorney for Plaintiff
1787 Grand Ridge Court, Ste. 204
Grand Rapids, MI 49525
(616) 608-0338
tmurray@sambernstein.com
cforman@sambernstein.com - Assistant

## COMPLAINT AND JURY DEMAND

There is no other civil action between these parties arising out of the same transaction or occurrence as alleged in this Complaint, nor has any such action been previously filed and dismissed or transferred after having been assigned to a Judge, nor do I know of any other civil action not between these parties, arising out of the same transaction or occurrence as alleged in this Complaint.

/s/ Thomas P. Murray, Jr.
Thomas P. Murray, Jr. (P43773)

NOW COMES the above-named Plaintiff, Tashanna Eady, by and through her attorneys, THE SAM BERNSTEIN LAW FIRM, PLLC, by Thomas P. Murray. Jr., and for her Complaint, states unto this Honorable Court as follows:

## COUNT I – JURISDICTION AND VENUE

NOW COMES the Plaintiff, Tashanna Eady, by and through her attorneys, The Sam

Bernstein Law Firm, PLLC, by Thomas P. Murray, Jr. and for her cause of action against the Defendant, Walmart Supercenter, a Foreign Limited Partnership, respectfully states unto this Honorable Court as follows:

1. That Plaintiff, Tashanna Eady, is a resident of Kalamazoo, Kalamazoo County, Michigan.

2. That Defendant, Walmart Supercenter is a Foreign Limited Partnership registered with the Michigan Department of Commerce and which conducts business within Battle Creek, Calhoun County, Michigan and which resident agent is The Corporation Company located at 40600 Ann Arbor Road, Suite 201, Plymouth, Michigan 48170.

3. That all the acts, transactions and occurrences set forth in this Complaint arose in Battle Creek, Calhoun County, Michigan.

4. That the amount in controversy in this litigation exceeds the sum of Twenty-five Thousand ($25,000.00) Dollars exclusive of costs, interest and attorney fees.

5. Venue is proper in this honorable court.

**COUNT II - PREMISES LIABILTY**

6. Plaintiff, Tashanna Eady, does hereby incorporate paragraphs 1 through 5 as though fully set forth herein.

7. That on or about February 17, 2022, said Defendant was then and there the owner, operator, manager and/or in control of the premises located at 6020 B Drive, Battle Creek, Calhoun County, Michigan also known as Walmart Supercenter Store 2080.

8. That on the aforementioned date, Plaintiff, Tashanna Eady, was a business invitee upon said property and while carefully walking on the premises, did slip and fall to the ground with great force and violence due to the dangerous conditions (wet floor) then and there existing.

9. That at all times relevant hereto, Defendant owed a duty to Plaintiff, who was lawfully upon the premises, to maintain its premises in a safe condition free from danger, to exercise reasonable care to diminish the hazards relating to the premises, and such duties further required that reasonable and appropriate measures, in light of existing and created circumstances, be taken to prevent dangerous conditions.

10. That at all times relevant hereto, the Defendant owed a duty to Plaintiff, lawfully proceeding upon the premises, to keep said premises in a safe condition, free from dangerous conditions then and there existing.

11. That in total disregard of such duties the Defendant, at all times material herein, breached said duties in one or more of the following particulars, but not necessarily limited to:

(a) Negligently, carelessly and recklessly creating a dangerous and hazardous condition to individuals who traverse said premises, to wit: water on the floor;

(b) Negligently, carelessly and recklessly maintaining their premises in a dangerous condition when it was known, or should have been known that the particular configurements and uses of their property posed a propensity toward the formation of a hazardous and unsafe condition, to wit: water on the floor;

(c) Negligently, carelessly and recklessly increasing the hazard of walking on the premises by the creation of the aforesaid defect and by failing to correct said situation;

(d) Negligently, carelessly and recklessly allowing an unnatural condition to remain on the premises so as to endanger those persons lawfully upon same;

(e) Negligently, carelessly and recklessly failing to remediate a dangerous condition then and there existing on the premises;

(f) Negligently, carelessly and recklessly failing to provide Plaintiff with reasonable and safe means of necessary access in and about said premises;

(g) Negligently, carelessly and recklessly failing to keep the premises and all

common areas therein fit for foreseeable uses;

(h) Negligently, carelessly and recklessly failing to remove said defect after notice of the dangerous condition thereof;

(i) Negligently, carelessly and recklessly failing to use reasonable care to protect the Plaintiff and those like her from and against the hazards described herein;

(j) Negligently, carelessly and recklessly allowing said premises to become and remain in poor repair;

(k) Negligently, carelessly and recklessly failing to inspect said premises so as to discover a dangerous condition of which Defendant knew, or had reason to know existed;

(l) Negligently, carelessly and recklessly failing to alleviate a dangerous condition which Defendant knew, or had reason to know existed;

(m) Negligently, carelessly and recklessly failing to warn Plaintiff and those like her of the dangerous condition then and there existing;

(n) In otherwise negligently, carelessly and recklessly failing to exert that degree of care, caution and diligence as would be demonstrated by a reasonably prudent person under the same or similar circumstances, and in otherwise causing the injuries and damages to Plaintiff as hereinafter alleged;

(o) Negligently, carelessly and recklessly being guilty of other acts of negligence currently unknown to Plaintiff, but which will be ascertained through the discovery process.

12. That as a direct and proximate result of the negligent acts and/or omissions on the part of the Defendant, Walmart Supercenter, Plaintiff was caused to fall to the ground with great force and violence and to suffer severe, grievous and permanent personal injuries, disability and damages, the full extent and character of which are currently unknown, but which will include, but are not necessarily limited to:

(a) Aggravation of L4-5 disc resulting in spinal myoclonus spasms;

(b) Aggravation of bilateral leg numbness and pain;

(c) Aggravation of closed head injury with sequalae;

(d) Aggravation of post traumatic headaches;

(e) Pain, suffering, discomfort, disability, extreme physical and emotional suffering;

(f) Severe and continuing embarrassment, humiliation, anxiety, tension and mortification;

(g) Loss of the natural enjoyments of life;

(h) Expenditures for physicians, hospitals, medicinal things and substances.

(i) Aggravation of pre-existing arthritic conditions;

(j) Lost wages.

WHEREFORE, Plaintiff, Tashanna Eady, prays this Honorable Court award her damages in whatever amount to which she is entitled to receive, together with costs, interest and attorney fees.

Respectfully submitted,

Dated: January 17, 2024

THE SAM BERNSTEIN LAW FIRM, PLLC

*/s Thomas P. Murray, Jr.*

Thomas P. Murray, Jr. (P43773)
Attorney for Plaintiff
1787 Grand Ridge Court, Ste. 204
Grand Rapids, MI 49525
(616) 608-0338
tmurray@sambernstein.com
cforman@sambernstein.com - Assistant

STATE OF MICHIGAN
IN THE CIRCUIT COURT FOR THE COUNTY OF CALHOUN

TASHANNA EADY,

Plaintiff,

v.

WALMART SUPERCENTER
FACILITY 2080, a Foreign Limited Partnership,

Defendant.

Case No. 24- 96 -NO

Hon. SARAH S. LINCOLN

_____________________________________________/

THOMAS P. MURRAY, JR. (P43773)
THE SAM BERNSTEIN LAW FIRM, PLLC
Attorney for Plaintiff
1787 Grand Ridge Court, Ste. 204
Grand Rapids, MI 49525
(616) 608-0338
tmurray@sambernstein.com
cforman@sambernstein.com - Assistant

_____________________________________________/

**JURY DEMAND**

NOW COMES the Plaintiff, Tashanna Eady, by and through her attorneys, THE SAM BERNSTEIN LAW FIRM, PLLC, by Thomas P. Murray, Jr., and hereby respectfully requests a trial by jury in the above-entitled cause of action.

Respectfully submitted,

Dated: January 17, 2024

THE SAM BERNSTEIN LAW FIRM, PLLC

*/s Thomas P. Murray, Jr.*

Thomas P. Murray, Jr. (P43773)
Attorney for Plaintiff
1787 Grand Ridge Court, Ste. 204
Grand Rapids, MI 49525
(616) 608-0338
tmurray@sambernstein.com
cforman@sambernstein.com - Assistan